USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORELLANA,

Plaintiff,

-against-

LEFTERIS GYRO, INC.,

Defendant.

No. 26-cv-2455

**ORDER**

NELSON S. ROMÁN, United States District Judge:

The Court has been informed that the parties have reached a settlement in principle of this case. In light of the parties' anticipated filing of their proposed settlement agreement for approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), by November 20, 2026, the conference scheduled for November 20, 2026, is hereby CANCELLED.

Dated: November 16, 2026
White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge